JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMIKO DAWN MADISON, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>THE SALVATION ARMY DBA THE SALVATION ARMY SOUTHERN CALIFORNIA DIVISION, a California non-profit corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-02978-MAA<br><br>[PROPOSED] ORDER RE: STIPULATION SUBMITTING ACTION TO ARBITATION AND STAYING PROCEEDINGS<br><br>**NOTE REVISIONS BY COURT**<br><br>Honorable Maria A. Audero<br>United States Magistrate Judge |

## [PROPOSED] ORDER

IT IS SO ORDERED, that, pursuant to the Parties' Stipulation Re: Submitting the Action to Arbitration and Staying the Proceedings:

1. All of Plaintiff's claims in this case shall be submitted to binding arbitration;
2. This case shall be stayed until binding arbitration has been completed;
3. No later than seven (7) calendar days after completion of the arbitration, the parties shall jointly file a Post-Arbitration Status Report advising the Court of the outcome of the arbitration and jointly proposing three alternative dates and times for a Post-Arbitration Status Conference, which date shall be set by the Court;
4. The parties shall attend the Post-Arbitration Status Conference as ordered by the Court; and
5. The Court **DIRECTS** the Clerk to administratively close the action (JS-6). The sole effect of administrative closure is to remove the action from the Court's active docket for record-keeping purposes. Administrative closure does not affect the merits of Plaintiff's claims and does not prejudice any party to this action. The Court retains jurisdiction over this action.

**IT IS SO ORDERED.**

Dated: August 5, 2025_____

HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

4904-6235-8349.1 / 058620.1497